FILED
CLERK, U.S. DISTRICT COURT

APR 29 2016

CENTRAL DISTRICT OF CALIFORNIA
BY ___ML___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MJ 16-890 |
| Plaintiff, | ) ORDER OF DETENTION AFTER<br>) HEARING (Fed.R.Crim.P. 32.1(a)(6)<br>) Allegations of Violations of Probation/<br>) Supervised Release Conditions) |
| v. | |
| JULIO MORALES MEDINA | ) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒ the appearance of defendant as required; and/or

(B) ☒ the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will obey conditions of release_

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will obey conditions of release; also, defendant's illegal status, ties to mexico, + lack of bail resources create risk of flight._

IT IS ORDERED that defendant be detained.

DATED: 4/29/16

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2